FILED

FEB - 8 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RICHARD M. COLEMAN,　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　)
　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　)　　Civil Action No.　　11 0340
　　　　　　　　　　　　　　　　)
CATHY M. LANIER, *et al.*,　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　Defendants.　　　　)

**<u>MEMORANDUM OPINION</u>**

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The court will grant the application, and dismiss the complaint.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the

1

doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The complaint alleges ""Improper use of Police Procedure," apparently through "Harassment, stalking threating [sic] Behavior by Police Officers as Unbecoming." Compl. at 1. Plaintiff demands monetary damages, and he is "asking for Three Hundred Thousand Dollars for a Settlement." *Id.* Because the pleading sets forth no factual allegations to support any of these claims, it fails to give fair notice to the defendants of the claims asserted against them. The complaint fails to comply with Rule 8(a), and, therefore, it will be dismissed.

An Order consistent with this Memorandum Opinion is issued separately.

_____
United States District Judge

DATE: 1/24/11

2